AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

NOE ARAGON-LARIOS

CASE NUMBER: 08cr1614-JLS

I, NOE ARAGON-LARIOS, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _5-20-08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

NOE ARAGON LARIOS
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER



FILED

MAY 20 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY